No. 261. HAYDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Al Matthews* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 263. WAGNER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Moses M. Falk* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 264. MARTIN ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Robert L. Carter* and *Barbara A. Morris* for petitioners. *William Cahn* for respondent.

No. 266. KNAPP-MONARCH Co. *v.* CASCO PRODUCTS CORP. C. A. 7th Cir. Certiorari denied. *Norman Lettvin* for petitioner. *Granger Cook, Jr.,* for respondent.

No. 267. MITCHELL ET AL. *v.* MALVERN GRAVEL Co. Sup. Ct. Ark. Certiorari denied. *Peyton Ford* for petitioners. *James W. Chesnutt* and *Joe W. McCoy* for respondent.

No. 268. JOSEPH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. W. Gill* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 277. SILVERSTEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Boris Kostelanetz* and *Raymond Rubin* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Meyer Rothwacks* and *Burton Berkley* for the United States.